IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CERTAIN UNDERWRITERS AT LLOYDS,
CONSISTING OF SYNDICATES 15511, 510, 1611,
190, 1173, AND 250                                                                          PLAINTIFF

V.                                        CASE NO. 4:08CV01843 JMM

REGIONS INSURANCE, INC. D/B/A/
INSURISK EXCESS AND SURPLUS LINES                                       DEFENDANT

# ORDER

Having been informed by the Plaintiff that the parties have resolved their discovery dispute, Defendant's Second Motion to Compel Discovery (#55) and Plaintiff's Motion for Extension of Time to File Response to Defendant's Second Motion to Compel (#57) are dismissed as moot.

IT IS SO ORDERED THIS   4   day of   January , 2011.

James M. Moody
United States District Judge