IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CERTAIN UNDERWRITERS AT LLOYDS,
CONSISTING OF SYNDICATES 15511, 510, 1611,
190, 1173, AND 250                                                                                     PLAINTIFF

V.                                            CASE NO. 4:08CV01843 JMM

REGIONS INSURANCE, INC. D/B/A/
INSURISK EXCESS AND SURPLUS LINES                                              DEFENDANT

**ORDER**

The Motion to Withdraw as Counsel of Record is granted (#59).  The Clerk of the Court is directed to remove Brian J. McNamara as counsel of record for defendant, Regions Insurance, Inc., d/b/a Insurisk Excess and Surplus Lines.

Edwin L. Lowther, Jr. And Johnathan D. Horton of Wright, Lindsey & Jennings remain as counsel of record for defendant, Regions Insurance, Inc., d/b/a Insurisk Excess and Surplus Lines.

IT IS SO ORDERED this  4   day of   January  , 2011.

_____
James M. Moody
United States District Judge