IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CERTAIN UNDERWRITERS
AT LLOYD'S, CONSISTING OF
SYNDICATES 1511, 510,
1611, 190, 1773, AND 250                                              PLAINTIFFS

VS.              CASE NO. 4:08CV001843 JMM

REGIONS INSURANCE, INC. D/B/A
INSURISK EXCESS AND SURPLUS LINES                                      DEFENDANT

### ORDER OF DISMISSAL

The parties having filed a Stipulation for Dismissal, the Court finds that this case should be dismissed with prejudice.

The complaint and all claims in this action are hereby dismissed with prejudice. The pending motions are dismissed as moot.

IT IS SO ORDERED this 20 day of May, 2011.

James M. Moody
United States District Judge